Jamaica Station
Jamaica, NY 11435-4380
718 558-8478 Tel
718 558-8211 Fax

**Catherine Rinaldi**
Interim President

**Stephen Papandon**
Acting Vice President, General Counsel & Secretary

 **Long Island Rail Road**

October 14, 2022

Judge Paul G Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   William Huggins vs. Long Island Rail Road Company
Docket No.:   22 CV 4923

Dear Judge Gardephe:

The parties herein are scheduled to appear before you for an initial conference in the above matter on October 20, 2022. Counsel for defendant is scheduled to be in Suffolk County Supreme Court at 9:30 am in Riverhead on the matter of Martocci v. LIRR, Docket Number 601331/19. Additionally, counsel for defendant has a doctor's appointment made two months ago at 11:30am in Garden City that cannot be rescheduled this year.

For the aforementioned reasons, and with the consent of counsel for the plaintiff, it is respectfully requested that the joint proposed scheduling order be adopted and the initial conference currently scheduled be cancelled, or the conference be converted to a telephonic conference.

Thank you in advance for your courtesy and understanding.

Yours etc.,
Stephen Papandon, Esq.
Acting Vice-President, General Counsel & Secretary

By: _____
Thomas L. Chiofolo, Esq.

**MEMO ENDORSED**

The Court will enter the parties' proposed case management plan. The October 20, 2022 Conference is adjourned to January 19, 2023 at 9:30 A.M.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Oct. 18, 2022

---

*The agencies of the MTA*

MTA New York City Transit    MTA Metro-North Railroad    MTA Capital Construction
MTA Long Island Rail Road    MTA Bridges and Tunnels    MTA Bus Company